**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| JOHNSON MATTHEY PHARMACEUTICAL MATERIALS, INC., d/b/a JOHNSON MATTHEY PHARMA SERVICES, JOHNSON MATTHEY INC. d/b/a JOHNSON MATTHEY PHARMACEUTICAL MATERIALS, and JOHNSON MATTHEY PUBLIC LIMITED COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>INSITE VISION INCORPORATED,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 15-763 (GMS)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**DEFENDANT INSITE VISION INC.'S
<u>SUPPLEMENTAL RULE 7.1 DISCLOSURE STATEMENT</u>**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant InSite Vision Inc. ("InSite") hereby provides this supplemental statement. On November 3, 2015, InSite became a wholly-owned subsidiary of Ranbaxy Inc., which is a wholly-owned subsidiary of Sun Pharmaceutical Industries Ltd.

POTTER ANDERSON & CORROON LLP

OF COUNSEL

Joel M. Freed
Alexander P. Ott
McDemott Will & Emery
500 North Capitol Street, NW
Washington, DC 20001
(202) 756-8000

By: */s/ Philip A. Rovner*
    Philip A. Rovner (#3215)
    Jonathan A. Choa (#5319)
    Hercules Plaza
    P.O. Box 951
    Wilmington, DE  19899
    (302) 984-6000
    provner@potteranderson.com
    jchoa@potteranderson.com

Dated:  November 5, 2015
1208485

*Attorneys for Defendant
InSite Vision Incorporated*